

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JOHN M. ADAMS,** | **Case No. ED CV 16-00541-VBF (AS)** |
| Petitioner, | **ORDER** |
| v. | Overruling Petitioner's Objections to R&R; Adopting Report & Recommendation; Denying the Habeas Corpus Petition; |
| DEAN BORDERS (Warden), | Dismissing the Action With Prejudice; |
| Respondent. | Directing Entry of Separate Final Judgment; Terminating and Closing the Action (JS-6) |

    This is an action for a Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2254. Pursuant to his authority under Fed. R. Civ. P. 72(b)(1), title 28 U.S.C. section 636(b)(1)(B), and C.D. Cal. Local Civil Rule 72-3.3, the United States Magistrate Judge issued a Report and Recommendation ("R&R") on Friday, July 29, 2016. *See* Case Management / Electronic Case Filing System Document ("Doc") Doc 16.

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the habeas corpus petition (Doc 1) and accompanying memorandum (Doc 2), the respondent warden's answer (Doc 11) and accompanying memorandum (Doc 11-1), the relevant decision(s) of the California state courts, the Notice of Lodging at Doc 12), petitioner's "Statement of Non-Opposition" (Doc

14), the Magistrate Judge's R&R (Doc 16), petitioner's timely objections filed August 22, 2016 (Doc 17), and the applicable law.

**Finding no defect of law, fact, or logic in the R&R, the Court will overrule the objections and adopt the R&R.**[1]

ORDER

Petitioner's objections are **OVERRULED**.

The Report and Recommendation is **ADOPTED**.

The petition for a writ of habeas corpus is **DENIED.**

The Court will rule on a certificate of appealability by separate order.

Final judgment will be entered in favor of respondent and against petitioner consistent with this order. "As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document." *Toy v. Soto*, 2015 WL 2168744, *1 (C.D. Cal. May 5, 2015) (citing *Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013)), *appeal filed*, No. 15-55866 (9th Cir. June 5, 2015).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: Monday, August 29, 2016

Valerie Baker Fairbank
Senior United States District Judge

---

[1] Fed. R. Civ. P. 72(b)(3) gives respondent a right to file a response to petitioner's objections within fourteen calendar days of receiving the objections, and that fourteen-day period has not yet elapsed. Nonetheless, because the Court is ruling in favor of the respondent, the respondent cannot be prejudiced by the Court ruling without waiting for its possible response to petitioner's objections.