# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN M. ADAMS,** | No. ED CV 16-00541-VBF-AS |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| DEAN BORDERS (Warden), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections to the Report and Recommendation, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner John M. Adams.**

DATED: Monday, August 29, 2016

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge